IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

| | | |
|---|---|---|
| GEORGE MILTON WHITE | § | |
| VS. | § | CIVIL ACTION NO. 4:13cv733 |
| RICHARD A. SCHELL | § | |

ORDER OF DISMISSAL

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Amos L. Mazzant. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections having been timely filed, the court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the court. It is therefore

**ORDERED** that the civil rights complaint is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(iii). All motions not previously ruled on are **DENIED**.

So **ORDERED** and **SIGNED** this 7 day of **March, 2014.**

_Ron Clark_

Ron Clark, United States District Judge